IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR195 |
| | ) | |
| v. | ) | |
| | ) | |
| ROYCE A. BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue hearing (Filing No. 51). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the hearing on the petition for offender under supervision (Filing No. 43) is rescheduled for:

**Thursday, September 25, 2008, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 3rd day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court